UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON STEVEN MARTINEZ, | No. C 09-6051 MHP (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| F. JACQUEZ, warden, | |
| Respondent. | |

The petition for writ of habeas corpus is denied.

IT IS SO ORDERED AND ADJUDGED.

DATED: January 12, 2011

Marilyn Hall Patel
United States District Judge